# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

          v.

MALONE LAM, also known as "King Greavys," "7," "$$$," "Kg," and "Anne Hathaway,"

MARLON FERRO, also known as "Marlo," and "GothFerrari,"

HAMZA DOOST, also known as "Scyllia," and "¢,"

CONOR FLANSBURG, also known as "O O," "Green Room," and "@d0uu0b,"

KUNAL MEHTA, also known as "Papa," "The Accountant," "Shrek," and "Neil,"

ETHAN YARALLY, also known as "Rand," and "15%,"

CODY DEMIRTAS, also known as "K O," and "Kody,"

AAKAASH ANAND, also known as "Light," and "Dark,"

EVAN TANGEMAN, also known as "E," "Tate," and "Evan | Exchanger,"

JOEL CORTES,   also known as "J,"

FNU LNU-1, also known as "~_~" "Squiggly," and "CHEN,"

FNU LNU-2, also known as "DANNY," and "Meech," and

TUCKER DESMOND,

      Defendants.

Case: 1:24-cr-000417
Assigned To: Kollar-Kotelly, Colleen
Assign Date: 4/30/2025
Description: SUPERSEDING INDICTMENT (B)
Related Case No: 24-cr-417 (CKK)

**UNDER SEAL**

## ORDER

Based on the representations in the government's Motion to Seal the Criminal Superseding Indictment and other pleadings, warrants, records, proceedings and files and to delay entry on the public docket of the filing of this Motion to Seal, this Court makes the following:

## FINDINGS OF FACT

Public disclosure of the existence of the Superseding Indictment at this time might alert the above captioned defendants that they arc wanted for criminal charges and this presents the risk that the defendants might attempt to flee and destroy or conceal potentially incriminating evidence and criminal proceeds.

Based on the representations in the government's motion, *Washington Post v. Robinson*, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991), and this Court's findings of fact, this Court finds that there is a compelling governmental interest in sealing the Superseding Indictment and other pleadings, records, proceedings and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this _____30th_____ day of April, 2025, hereby,

**ORDERED** that this Order, the attached government Motion to Seal, the Superseding Indictment and other related pleadings, shall be filed under seal in the Criminal Clerk's office until further order of this Court;

Further **ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the government's Motion to Seal and the Order granting such motion, the Superseding Indictment and other pleadings filed under seal in this case until further order of this Court; and

Further **ORDERED** that notwithstanding this Order, the government is permitted to share the Indictment and arrest warrants with foreign authorities for the purpose of executing provisional arrest warrants and extraditions.

MOXILA A. UPADHYAYA
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

cc:    Kevin L. Rosenberg
       Assistant U.S. Attorney
       601 D Street, N.W.
       Washington, D.C. 20530