## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| MALONE LAM, also known as "King Greavys," "7," "$$$," "Kg," | : |
| MARLON FERRO, also known as "Marlo," and "GothFerrari," | : |
| HAMZA DOOST, also known as "Scyllia," and "¢," | : |
| CONOR FLANSBURG, also known as "O O," "Green Room," and "@d0uu0b," | : |
| KUNAL MEHTA, also known as "Papa," "The Accountant," "Shrek," and "Neil," | : CRIMINAL NO. 24-CR-417 (CKK) |
| ETHAN YARALLY, also known as "Rand," and "15%," | : |
| CODY DEMIRTAS, also known as "K O," and "Kody," | : |
| AAKAASH ANAND, also known as "Light," and "Dark," | : **UNDER SEAL** |
| EVAN TANGEMAN, also known as "E," "Tate," and "Evan \| Exchanger," | : |
| JOEL CORTES, also known as "J," | : |
| FNU LNU-1, also known as "~_~" "Squiggly," and "CHEN," | : |
| FNU LNU-2, also known as "DANNY," and "Meech," and | : |
| TUCKER DESMOND, | : |
| Defendants. | : |

**<u>*AMENDED* GOVERNMENT'S MOTION TO SEAL THE CRIMINAL SUPERSEDING INDICTMENT AND OTHER PLEADINGS, WARRANTS, RECORDS, PROCEEDINGS AND FILES, AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS MOTION TO SEAL AND ALL RELATED MATTERS</u>**

The Court previously signed an order sealing the Superseding Indictment, pleadings, warrants, records, proceedings and files in this case. The Order allowed the government to share these documents with "foreign authorities" for purposes of executing provisional arrest warrants and extraditions. The government seeks further approval to share the documents with "domestic authorities" as well, which would include the State Department, an essential partner in transmitting provisional arrest warrants and extradition requests to foreign authorities.

WHEREFORE, it is respectfully requested that this motion be granted.

                                            Respectfully submitted,

                                By: */s/ Kevin L. Rosenberg*
                                       Kevin L. Rosenberg, OH Bar No. 0081448
                                       Assistant United States Attorney
                                       United States Attorney's Office
                                       601 D Street N.W.
                                       Washington, D.C. 20530
                                       (202) 252-7833
                                       Kevin.Rosenberg@usdoj.gov