UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 24 CR. 417 (CKK) |
| v. | : | |
| ETHAN YARALLY | : | |
| Defendant. | : | |

### NOTICE OF ENTRY OF APPEARANCE

The Clerk of this Court and all parties herein, shall take notice that the undersigned is entering an appearance as retained counsel in this matter.

Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C. 20004
D.C. Bar No. 366673
202-255-6637 (cellular)
RF@RFeitelLaw.com

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C. 20008
D.C. Bar No. 366673
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via ECF to Assistant United States Attorney Kevin Rosenberg, this 16th day of July, 2025.

*Robert Feitel*

_____

Robert Feitel