UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : No. 24-CR-417 (CKK) |
| ETHAN YARALLY, | : |
| | : |
| Defendant. | : |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

### I.  Summary of the Plea Agreement

As set forth in the attached plea agreement, Defendant Ethan Yarally (hereinafter referred to as "Defendant" or "Yarally") agrees to accept responsibility and plead guilty to Count One of the Indictment, charging Defendant with RICO Conspiracy, in violation of Title 18, United States Code, Section 1962(d).

### II.  Elements of the Offenses

Count One, RICO Conspiracy

The essential elements of the offense of RICO Conspiracy, in violation of Title 18, United States Code, Section 1962(d), each of which the government must prove beyond a reasonable doubt to sustain a conviction, are:

1. That the defendant knowingly agreed to conduct or participate, directly or indirectly, in the conduct of the affairs of the charged enterprise through a pattern of racketeering activity.

2. That an enterprise would be established as alleged in the indictment.

3. That the enterprise would be engaged in, or its activities would affect, interstate or foreign commerce.

4. That the defendant would be employed by, or associated with, the enterprise.

## II.    Statement of Facts

Pursuant to Federal Rule of Criminal Procedure 11, the United States and the Defendant, with the concurrence of Defendant's attorney, stipulate and agree that the following facts are true and accurate. The following statement of facts does not purport to include all of the Defendant's illegal conduct. It also does not purport to be an inclusive recitation of everything that the Defendant heard, knew, or witnessed concerning the illegal activities committed by Defendant and others. It is intended to represent sufficient information for the Court to find a factual basis for accepting the Defendant's guilty plea.

<u>The Social Engineering Enterprise</u>

The Social Engineering Enterprise ("SE Enterprise") was made up of a group of individuals based in California, Connecticut, New York, Florida, and abroad. The SE Enterprise began on a date unknown but by no later than October of 2023 and continued through at least in or around March 2025. Members and associates of the SE enterprise served different roles and held different responsibilities. The roles included database hackers, organizers, target identifiers, callers, money launderers, and residential burglars targeting hardware virtual currency wallets. Yarally was a social engineer caller for the SE Enterprise. The purposes of the SE Enterprise included, but were not limited to, stealing virtual currency from victims throughout the United States through fraudulent pretenses; disguising, concealing, and obfuscating the source and ownership of the stolen funds through the use of virtual currency laundering techniques; and converting laundered virtual currency into fiat currency and wire transfers for use at nightclubs, for the purchase of exotic cars, jewelry, luxury handbags, clothing, private jet rentals, and rental mansions in Los Angeles, the Hamptons, and Miami.

Members and associates of the SE Enterprise used stolen virtual currency to purchase, among other things, (1) nightclub services ranging up to $500,000 per evening, (2) luxury handbags valued in the tens of thousands of dollars which were given away at nightclub parties, (3) luxury watches valued between $100,000 up to over $500,000, (4) luxury clothing valued in the tens of thousands of dollars, (5) rental homes in Los Angeles, the Hamptons, and Miami, (6) private jet rentals for travel, (7) a team of private security guards, and (8) a fleet of exotic cars, ranging in value from $100,000 up to $3,800,000.

In or around March 2024, Yarally began serving as a social engineer caller for the SE Enterprise. Yarally's main contact in the SE Enterprise was Veer Chetal ("Chetal"), who provided him with target victim data to use in social engineer calls.

Yarally traveled with members of the SE Enterprise to Los Angeles, Miami, and the Hamptons using cryptocurrency stolen by members of the enterprise. Yarally often traveled on private jets with Veer Chetal during these trips.

In or around June 2024, Yarally and other executed a social engineering scheme wherein they stole approximately $6,000,000 in virtual currency from a victim, which was split among the participants.

Yarally and the members of the SE Enterprise communicated primarily through Telegram and discord about their schemes. On August 29, 2024 Yarally wrote Chetal to ask, "[d]oes John[diel Serrano] have all of trezor [databases]." John was a reference to Johndiel Serrano, another social engineer caller. Chetal responded, "no…why." Yarally replied, "[h]e said he does…Kg [King Grevey's/ Malone Lam] gave him…all his stuff…He's giving all to Cody [Demirtas]," referring to stolen cryptocurrency databases.

3

In or around September 7, 2024, Yarally engaged in another Telegram conversation with Chetal wherein Yarally discussed his social engineering activities. Yarally told Chetal that he and Demirtas were actively social engineering a victim. Yarally stated "just got into a rich Indian b[**]h," and sent Chetal a screenshot of the victim's personal financial documents stored on her Google OneDrive titled "Crypto Wealth Tracker." Yarally followed up with "[b]ut she signed us out... but shes stupid otp [on the phone] but i dont think we can bypass this...is there a way? ... she keeps it updated..." referring to her Gmail security features, a photo of which Yarally included in the message. Chetal responded, "[s]he has advanced protection on...You need her to remove her security key." Yarally replied "[w]ere back in...Kody [Demirtas] se'd [social engineered] her for her password...[password redacted]...this is her password btw...she was stalking her google docs." Chetal responded, "[t]ake her money," to which Yarally again replied, "she saw me opening them and she changed the password."

On September 9, 2024, Yarally asked Chetal to "send me some mails" referring to email account targets. Chetal in turn sent Yarally a file containing 1200 separate Yahoo! Email account targets, with their cryptocurrency account info, and stated "[t]hey're beautiful mate...u see em lad?" Yarally responded "yes...quite sexy if I do say so myself." Chetal responded "what callers we got rn. [right now]" referring to social engineer callers working for the group. Yarally replied "kody [Demirtas] danilo [and] hobbit," referring to Cody Demirtas and two other callers by their Telegram display names.

On or about September 18, 2024, Malone Lam was arrested in Miami, Florida and the Federal Bureau of Investigation executed a search warrant at two residences. Yarally had previously traveled with the group to Miami and was present during the search warrant execution

4

and arrest. In the days after the arrest, Yarally and Demirtas fled Florida on a private jet chartered by Nicholas Dellecave, which was rented with stolen cryptocurrency through Hamza Doost.

Yarally continued making social engineer phone calls after the September 2024 arrests. In late 2024, Yarally and Demirtas traveled to Dubai where he remained until August 2025 when he voluntarily returned to the United States following the Superseding Indictment. While in Dubai, Yarally continued making social engineer calls with other co-conspirators in an attempt to steal virtual currency.

As a member of the SE Enterprise, Yarally agreed that members of the SE Enterprise would commit at least two racketeering acts as defined by Title 18, United States Code, Section 1961. Yarally agrees that, based on his involvement and knowledge of the SE Enterprise, it was reasonably foreseeable to him that at least $3,500,000 would be stolen through wire fraud in furtherance of the conspiracy.

                                                Respectfully Submitted

                                                JEANINE PIRRO
                                                United States Attorney

By: _____
                                                Will Hart
                                                Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I have read the Statement of Offense setting forth the facts related to my guilty plea. I have discussed this proffer fully with my attorneys, Robert Feitel, Esq. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 01 08 2026

_____
Ethan Yarally

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the Government's proffer of evidence related to my client's guilty plea. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 1-8-26

_____
Robert Feitel
Counsel for Defendant

6