UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) <br> ) |
| v. | ) No. 24-CR-417 (CKK) <br> ) |
| MALONE LAM ET AL. | ) <br> ) |
| Defendant. | ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Rick Blaylock Jr., Assistant United States Attorney, counsel for the United States in the above captioned matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Rick Blaylock Jr.*
RICK BLAYLOCK JR.
Assistant United States Attorney
Asset Forfeiture Coordinator
Texas Bar Number 24103294
601 D Street, NW
Washington, DC 20530
Telephone: 202-252-6765
Email: rick.blaylock.jr@usdoj.gov